MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for TAMARA MANNISTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAMARA MANNISTO,<br><br>Defendant. | Case No. 2:23-CR-0183 TLN<br><br>**MOTION FOR FUNDS FOR TRAVEL AND SUBSISTENCE FOR ARRAIGNMENT AND ENTRY OF GUILTY PLEA**<br><br>Arraignment on October 4, 2023<br>Judge:  Hon. Jeremy D. Peterson<br>Entry of plea:  October 5, 2023<br>Judge:   Hon. Troy L. Nunley |

Tamara Mannisto moves the Court for an order directing the United States to furnish funds for travel and subsistence for her arraignment on the Information and her entry of guilty plea, both of which require her to be personally present in court.

Although the conduct underlying the prosecution in this case occurred in the Eastern District a number of years ago, Ms. Mannisto currently resides in a small coastal town in the state of Washington.  Ms. Mannisto has been, and currently still is, working as a waitress.  She earns a low hourly wage, plus tips.   Ms. Mannisto is indigent.  In late 2019, she filled out and filed a financial affidavit explaining her financial circumstance.  She filled out an updated financial affidavit in July of 2023.  Ms. Mannisto will not be able to borrow enough money to fly to Sacramento for our October 4, 2023, arraignment on the Information in the Magistrate Court and our October 5, 2023, entry of plea in District Court.

Ms. Mannisto will need to travel by bus from Ocean Park, Washington to the airport in Portland, Oregon (135 miles).  She will fly from Portland, Oregon to the Sacramento International Airport.  She will need a taxi or Uber to get from the Sacramento International Airport to downtown Sacramento.

Ms. Mannisto specifically requests funds for travel and subsistence on Tuesday, October 3, 2023, as she travels to Sacramento from Ocean Park, Washington.  Counsel will pay for her hotel and subsistence after she arrives in downtown Sacramento on October 3, until she returns home after her entry of plea on October 5, 2023.  Counsel will also pay the costs of her return trip home.  Counsel will request CJA funds for reimbursement for the hotel, subsistence and travel costs noted herein.

**1.  Factual and Procedural Background.**

Ms. Mannisto is charged with three counts of 18 USC section 1344(2), bank fraud, and one count of 26 USC section 7206(1) based on her conduct between 2014 and 2016 while employed as an office manager for a company in Sutter County, California.   Ms. Mannisto will plead guilty to one count of bank fraud.

**2.  Authority for Funds.**

The Court has authority to order funds for transportation and subsistence for indigent defendants who are ordered released "on a condition of . . . subsequent appearance before that Court" or of any other federal court "when the interests of justice would be served thereby . . . ." 18 U.S.C. § 4285.  The full statute provides:

> Any judge or magistrate judge of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court, any division of that court, or any court of the United States in another judicial district in which criminal proceedings are pending, may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code. When so

ordered, such expenses shall be paid by the marshal out of funds authorized by the Attorney General for such expenses.

The Magistrate Judges of this Court have struggled to parse this statute from time to time during the years (I am informed that Magistrate Judge Newman has looked at it most recently as a general matter, consulting with other agencies) but the clear intent of the statute is to assure that indigent defendants have some means of attending Court when required and of having food, shelter, and a shower when they do so.

Other Courts have found authority to order funds through Pretrial Services. Under 18 U.S.C. § 3154, "Pretrial Services functions shall include the following":

> Operate or contract for the operation of appropriate facilities for the custody or care of persons released under this chapter including residential halfway houses, addict and alcoholic treatment centers, and counseling services, and contract with any appropriate public or private agency or person, or expend funds, to monitor and provide treatment as well as *nontreatment services* to any such persons released in the community, *including equipment and emergency housing*, corrective and preventative guidance and training, and other services reasonably deemed necessary to protect the public and ensure that such persons appear in court as required.

18 U.S.C. § 3154(4)(emphasis added). In *United States v. Gundersen,* 978 F.2d 580, 584 (10th Cir. 1992), the Court found this provision to provided the mechanism to pay for lodging and subsistence.

In *United States v. Mendoza,* 734 F. Supp. 2d 281, 286-87, (E.D.N.Y. 2010), the Court found that the Criminal Justice Act, 18 U.S.C. §3006A, provided the appropriate funding mechanism. Defense counsel is willing to advance necessary funds to Ms. Mannisto for lodging and subsistence while in Sacramento for the two court appearances, if the Court will authorize reimbursement under the C.J.A.

Accordingly, Ms. Mannisto asks the Court to order funds for Ms. Mannisto's travel to Court, and for subsistence, on Tuesday, October 3, 2023, while she travels from Ocean Park, Washington, to Sacramento. Counsel requests reimbursement from CJA funds for Ms. Mannisto's hotel and subsistence after she arrives in downtown Sacramento on October 3, until

she returns home to Washington after her entry of plea on October 5, 2023, including the costs of her return trip home.

Respectfully Submitted,

Dated:  August 14, 2023          */s/ Michael D. Long*
              MICHAEL D. LONG
              Attorney for TAMARA MANNISTO

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for TAMARA MANNISTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>TAMARA MANNISTO,<br><br>    Defendant. | Case No. 2:23-CR-0183 TLN<br><br>**ORDER FOR FUNDS FOR TRAVEL AND SUBSISTENCE FOR ARRAIGNMENT AND ENTRY OF GUILTY PLEA**<br><br>Arraignment on October 4, 2023<br>Judge: Hon. Jeremy D. Peterson<br>Entry of plea: October 5, 2023<br>Judge: Hon. Troy L. Nunley |

    For the purpose of defendant Tamara Mannisto attending her arraignment on October 4, 2023, and her entry of plea in October 5, 2023, in the Eastern District of California, at Sacramento:

    IT IS HEREBY ORDERED that the United States Marshal pay for transportation for defendant Tamara Mannisto from Ocean Park, Washington, to Sacramento, California, and for subsistence expenses for Ms. Mannisto on the date he is traveling to Sacramento.

    IT IS FURTHER ORDERED THAT defense counsel will be reimbursed with CJA funds for counsel's funds spent for hotel and subsistence after Ms. Mannisto arrives in downtown Sacramento on October 3, until she returns home after her entry of plea on October 5, 2023, including the costs of Ms. Mannisto's return trip home.

Ms. Mannisto is indigent and financially unable pay for travel to Sacramento, California and return to Ocean Park, Washington.  This order is authorized pursuant to 18 U.S.C. §4285.

Dated:  August 14, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE