1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4
5  Attorney for TAMARA MANNISTO

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA
7

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>     v.<br><br>TAMARA MANNISTO,<br><br>         Defendant. | No. 2:23-cr-183-TLN<br><br>STIPULATION AND ORDER<br>MODIFYING THE SCHEDULE<br>FOR Ms. MANNISTO'S PRE-SENTENCE<br>REPORT FOR A NEW SENTENCING DATE<br>OF MAY 9, 2024<br><br>Judge: Hon. Troy L. Nunley |

Defendant TAMARA MANNISTO is requesting a continuance of her sentencing hearing, which is presently set for March 28, 2024.  AUSA Matthew Thuesen, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the Presence Report as follows:

   Judgment and Sentencing Date: May 9, 2024

   Reply, or Statement of Non-opposition: May 2, 2024

   Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 25, 2024

   The revised final Presentence Report will be filed with the Court on April 18, 2024

   Counsel's informal objections will be filed by April 11, 2024

   The draft Presentence Report has already been filed (ECF document 16).

-1-

Dated: February 29, 2024							Respectfully submitted,

											/s/ Michael D. Long
											MICHAEL D. LONG
											Attorney for Tamara Mannisto

Dated: February 29, 2024							PHILLIP A. TALBERT
											United States Attorney

											/s/ Matthew Thuesen
											MATTHEW THUESEN
											Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Ms. Mannisto's Presentence Report is amended as follows:

Judgment and Sentencing Date: May 9, 2024

Reply, or Statement of Non-opposition: May 2, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 25, 2024

The revised final Presentence Report will be filed with the Court on April 18, 2024

Counsel's informal objections will be filed by April 11, 2024

Dated: February 29, 2024

											_____
											Troy L. Nunley
											United States District Judge