MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for TAMARA MANNISTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　v.<br><br>TAMARA MANNISTO,<br><br>　　　　　Defendant. | ) No. 2:23-cr-183-TLN<br>)<br>) STIPULATION AND ORDER<br>) MODIFYING THE SCHEDULE<br>) FOR MS. MANNISTO'S PRE-SENTENCE<br>) REPORT FOR A NEW SENTENCING DATE<br>) OF JUNE 20, 2024<br>)<br>) Judge: Hon. Troy L. Nunley |

　　　　Defendant TAMARA MANNISTO is requesting a continuance of her sentencing hearing, which is presently set for May 9, 2024, to the new date of June 20, 2024.  Mr. Long is presently in a one-month jury trial in Sacramento County Superior Court, and he does not have time available to work on his objections to the pre-sentence report.  The continuance will give Mr. Long the time to properly draft his objections.  AUSA Matthew Thuesen, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

　　　　Judgment and Sentencing Date: June 20, 2024

　　　　Reply, or Statement of Non-opposition: June 13, 2024

　　　　Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 6, 2024

　　　　The revised final Presentence Report will be filed with the Court on May 30, 2024

-1-

Counsel's informal objections will be filed by May 23, 2024

The draft Presentence Report has already been filed (ECF document 16).

Dated:  April 11, 2024                      Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Tamara Mannisto

Dated:  April 11, 2024                      PHILLIP A. TALBERT
United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Ms. Mannisto's Presentence Report is amended as follows:

Judgment and Sentencing Date: June 20, 2024, at 9:30 a.m.

Reply, or Statement of Non-opposition: June 13, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 6, 2024

The revised final Presentence Report will be filed with the Court on May 30, 2024

Counsel's informal objections will be filed by May 23, 2024

The draft Presentence Report has already been filed (ECF document 16).

Dated:  April 11, 2024

Troy L. Nunley
United States District Judge