MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for TAMARA MANNISTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-0183 TLN |
| Plaintiff, | |
| vs. | **ORDER FOR FUNDS FOR TRAVEL AND SUBSISTENCE FOR ARRAIGNMENT AND ENTRY OF GUILTY PLEA** |
| TAMARA MANNISTO, | Sentencing:  June 20, 2024 |
| Defendant. | Judge:  Hon. Troy L. Nunley |

    For the purpose of defendant Tamara Mannisto attending her sentencing hearing on June 20, 2024, in the Eastern District of California, at Sacramento:

    IT IS HEREBY ORDERED that the United States Marshal pay for transportation for defendant Tamara Mannisto from Ocean Park, Washington, to Sacramento, California, and for subsistence expenses for Ms. Mannisto on the date she is traveling to Sacramento.

    IT IS FURTHER ORDERED THAT defense counsel will be reimbursed with CJA funds for counsel's funds spent for hotel and subsistence after Ms. Mannisto arrives in downtown Sacramento on June 19, 2024, until she returns home after her sentencing on June 20, 2024, including the costs of Ms. Mannisto's return trip home.

Ms. Mannisto is indigent and financially unable pay for travel to Sacramento, California and return to Ocean Park, Washington. This order is authorized pursuant to 18 U.S.C. §4285.

Dated: May 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE