PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA MANNISTO,<br><br>Defendant. | CASE NO. 2:23-cr-183 TLN<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

On October 25, 2024, the United States of America requested an extension of time to file its response to Defendant's *pro se* Motion to Reduce Restitution. ECF 30.

IT IS HEREBY ORDERED that the United States' request for an extension of time to November 26, 2024, to file its response is granted.

Dated: October 28, 2024

_____
Troy L. Nunley
Chief United States District Judge