MICHELE BECKWITH
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-183 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| TAMARA MANNISTO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. On January 8, 2025, defendant filed a *pro se* Motion for Compassionate Release, which was docketed on January 10, 2025. ECF 36.

2. On January 21, 2025, this Court ordered the government to respond to defendant's motion by February 20, 2025. ECF 38.

3. On February 12, 2025, this Court appointed counsel to represent defendant on her compassionate release motion, effective *nunc pro tunc* to February 11, 2025. ECF 39.

4. After consulting with defendant's counsel and reviewing in detail defendant's motion and related records, defendant and/or defendant's counsel may wish to supplement defendant's motion.

5. In light of the above, the parties agree and stipulate to and request this Court enter the following Order:

    a. Defendant shall file any supplement to defendant's compassionate release motion by March 28, 2025;

    b. The government shall file its response to defendant's motion, including any supplement to the motion, by April 11, 2025; and

    c. Defendant shall file any reply by April 18, 2025.

IT IS SO STIPULATED.

Dated:  February 20, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  February 20, 2025

/s/ MICHAEL D. LONG
MICHAEL D. LONG
Counsel for Defendant
TAMARA MANNISTO

## ORDER

IT IS SO ORDERED this 20th day of February, 2025.

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

2