MICHELE BECKWITH
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-183 TLN |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| TAMARA MANNISTO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. On January 8, 2025, defendant filed a *pro se* Motion for Compassionate Release, which was docketed on January 10, 2025. ECF 36.

2. On January 21, 2025, this Court ordered the government to respond to defendant's motion by February 20, 2025. ECF 38.

3. On February 12, 2025, this Court appointed counsel to represent defendant on her compassionate release motion, effective *nunc pro tunc* to February 11, 2025. ECF 39.

4. Based on a stipulation of the parties, this Court subsequently set the following schedule for briefing in this matter:

   a. Defendant shall file any supplement to defendant's compassionate release motion by April 28, 2025;

      b. The government shall file its response to defendant's motion, including any supplement to the motion, by May 12, 2025; and

      c. Defendant shall file any reply by May 19, 2025.

ECF 43.

5. Despite his diligence, defense counsel needs additional time to consult with his client and prepare the supplement to defendant's motion. The parties, therefore, agree and stipulate to and request this Court enter the following Order:

      a. Defendant shall file any supplement to defendant's compassionate release motion by June 23, 2025;

      b. The government shall file its response to defendant's motion, including any supplement to the motion, by July 14, 2025; and

      c. Defendant shall file any reply by July 21, 2025.

IT IS SO STIPULATED.

Dated: April 22, 2025            MICHELE BECKWITH
Acting United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: April 22, 2025            /s/ MICHAEL D. LONG
MICHAEL D. LONG
Counsel for Defendant
TAMARA MANNISTO

//
//
//
//

**ORDER**

IT IS SO ORDERED this 23rd day of April 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

3